Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of FLORIDA

CIVIL Division

Lisa Simone Roofe

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ROCKET MORTGAGE, MERSCORP.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

FILED BY _____ D.C.

JUL 07 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lisa Simone Roofe |
   | Street Address | 23379 SW 55th Way, Unit A |
   | City and County | Boca Raton, Palm Beach |
   | State and Zip Code | Florida 33433 |
   | Telephone Number | 608 239 9880 |
   | E-mail Address | Lroofe_@hotmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: ROCKET MORTGAGE/QUICKEN LOANS
    Job or Title (if known):
    Street Address: 1050 WOODWARD AVE
    City and County: DETROIT, WAYNE
    State and Zip Code: 48226
    Telephone Number: 800-508-0944
    E-mail Address (if known):

Defendant No. 2
    Name: MERSCORP
    Job or Title (if known):
    Street Address: 1818 Library St.
    City and County: Reston, Fairfax
    State and Zip Code: VA 20190
    Telephone Number: 800-646-6377
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. 47, 15 U.S.C 2A

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Lisa Simone Roofe , is a citizen of the State of *(name)* FLORIDA .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* ROCKET MORTGAGE, is incorporated under the laws of the State of *(name)* MICHIGAN, and has its principal place of business in the State of *(name)* MICHIGAN.

Or is incorporated under the laws of *(foreign nation)*,

and has its principal place of business in *(name)*.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$800,000 for cost of property at purchase plus damages.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Breaches in the Mortgage Contract, beginning with Fraud by Non-disclosure at the inception. There are serious breaks in the chain of title. Neither Ginnie Mae nor any interim Lender is referenced in the Assignments of Mortgage. The existing Assignments of Mortgage are from an entity with no interest in the Mortgage Note. The Note and Mortgage are owned by different and separate entities. The Lender was paid.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, *(name)* MERSCORP , is incorporated under the laws of the State of *(name)* VIRGINIA , and has its principal place of business in the State of *(name)* VIRGINIA
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

Plaintiff has been damaged by the cloud on the title of her property, negatively affecting the marketability of the title of her property. Plaintiff respectfully requests that this Honorable Court find in her favor and enter an Order a Void Judgement for above property and final judgment to that the defendants and their successors and assigns be forever barred from asserting any right, lien, title or interest in the property inconsistent with the interest or claim of the Plaintiff set forth in this complaint and any other relief the Court deems appropriate.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/05/2022

Signature of Plaintiff

Printed Name of Plaintiff       Lisa Simone Roofe

### B. For Attorneys

Date of signing: _____

Signature of Attorney           _____
Printed Name of Attorney        _____
Bar Number                      _____
Name of Law Firm                _____
Street Address                  _____
State and Zip Code              _____
Telephone Number                _____
E-mail Address                  _____



PRESS FIRMLY TO SEAL

PAPER POUCH

PI

U.S. POSTAGE PAID
PM 1-Day
BOCA RATON, FL
33433
JUL 06, 22

1021

33401

$15.75
R2304N117238-10

UNITED STATES

PRIORITY®
MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

CERTIFIED MAIL®

7021 2720 0003 4494 7101

- Expected d
- Most dome ... nce (restrictions apply).*
- USPS Tracl ... rnational destinations.
- Limited inte...
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

FROM: Lisa Poole
c/o 23379 SW 55th Way
Unit A
Boca Raton, FL (33433)

TO: Southern District Ct.
701 Clematis St.
Rm 202
WPB, FL 33401

F RATE ENVELOPE
ON ■ ANY WEIGHT

T KED ■ INSURED

)001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.